UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

| | x | |
|---|---|---|
| SHERMAN H. ZENG, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 4:13-cv-00040-SA-JMV |
| Plaintiff, | : : : | CLASS ACTION |
| vs. | : : | |
| HUGH S. POTTS, JR., JEFFREY B. LACEY, MICHAEL L. NELSON, SCOTT M. WIGGERS, EDDIE J. BRIGGS, HOLLIS C. CHEEK, JON A. CROCKER, JAMES D. FRERER, K. MICHAEL HEIDELBERG, JOHN CLARK LOVE, III, OTHO E. PETTIT, JR., SAMUEL B. POTTS, JULIE B. TAYLOR, LAWRENCE D. TERRELL, LAWRENCE D. "DENNY" TERRELL, JR., JAMES I. TIMS, RENASANT CORPORATION, RENASANT BANK, FIRST M&F CORPORATION, and MERCHANTS AND FARMERS BANK, | : : : : : : : : : : : : : : : : | |
| Defendants. | : x | |

**ORDER**

On July 10, 2013, the court held a telephonic status conference in this matter, during which the court ordered the parties to submit a joint status report by August 7, 2013. The court has reviewed the parties' status report, and considering that finalization of the settlement of this matter--per the representation of the parties--cannot begin until regulatory approval of the subject merger has been obtained, it is

ORDERED that by October 7, 2013, the parties shall file an updated status report. If regulatory approval has not been achieved, the parties shall include in said report their best estimate of the anticipated approval date.

This 29th day of August, 2013.

/s/ Jane M. Virden
U. S. Magistrate Judge